No. 86–5389.   YOUNG ET AL. *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 6th Cir.   Certiorari denied.

No. 86–5393.   PRENZLER *v.* SOCIAL SECURITY ADMINISTRATION.   C. A. 9th Cir.   Certiorari denied.

No. 86–5394.   MERKEL ET AL. *v.* SCOVILL, INC.   C. A. 6th Cir.   Certiorari denied.

No. 86–5395.   SCALF *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 86–5431.   MARTIN *v.* SEARS, ROEBUCK & CO.   C. A. 10th Cir.   Certiorari denied.

No. 86–5445.   KRAISELBURD *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–5455.   KENNEY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–5470.   LACHMAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–5495.   JONES *v.* REIDEY ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 86–5527.   HAWTHORNE *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 86–5539.   EKBLAD *v.* SHABAZ ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–5582.   WEBER *v.* STRAM.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 86–5586.   SCHLICHER *v.* KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 86–5588.   PHILLIPS *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 86–5589.   TAYLOR *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 3d Cir.   Certiorari denied.